IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dave Refuerzo, | NO. C 09-00849 JW |
| Plaintiff, v. | **ORDER STAYING CASE IN LIGHT OF BANKRUPTCY; ADMINISTRATIVELY CLOSING CASE** |
| Spansion, Inc., | |
| Defendant. / | |

On March 1, 2009, Defendant filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* in the United States Bankruptcy Court for the District of Delaware. (See Notice of Commencement of Bankruptcy Proceedings and of Automatic Stay, Docket Item No. 4.) Pursuant to 11 U.S.C. § 362, judicial proceedings against Defendant are stayed. Accordingly, this case is STAYED. The Clerk of Court shall administratively close the case and vacate the Case Management Conference scheduled for **September 28, 2009**. Within fifteen (15) days of the Bankruptcy Court's final adjudication, any party may move to re-open the case.

Dated: September 24, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Adam Lowe dal@rezlaw.com
Kenneth John Sugarman kjs@rezlaw.com
Mary Elizabeth Heard maryelizabeth.heard@lw.com

**Dated:  September 24, 2009**                           **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**